31 A.3d 287

Eric R. LINDE, Derivatively on Behalf
of Linde Enterprises, Inc.,

v.

Scott F. LINDE, Barbara Linde Bold, Lackawanna Land &
Energy, Inc., Total Landscaping, Inc., Linde International, Inc.,
Pocono Consolidated Utilities, Inc., Forest City Partnership,
Allen Sorchek, John Piepoli, John Bold, and Linde Enterprises,
Inc.

Petition of Scott F. Linde, Barbara Linde Bold, Linde En-
terprises Inc., and Non–Parties BSL., Linde Corpora-
tion, and McGrail Merkel Quinn & Associates.

Supreme Court of Pennsylvania.

Nov. 1, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of November, 2011, the Petition for
Allowance of Appeal is **GRANTED** on the following issues, as
stated by Petitioners:

1. Does a minority shareholder who is not an officer or
   director of a corporation or otherwise actively involved
   in the corporation's management have the authority to
   permit the corporation's accountant to release, over the
   objections of the corporation itself, acting through its
   officer, directions and/or management, information
   and/or documentation that would otherwise be protected
   under Pennsylvania's accountant-client privilege stat-
   ute?

2. Does an individual who does not own any shares in a
   corporation, who has not raised a cognizable claim to
   any interest in the corporation and who operates busi-

nesses in direct competition with the corporation have the authority to permit the corporation's accountant to release, over the objections of the corporation itself, acting through its officers, directors and/or management, information and/or documentation that would otherwise be protected under Pennsylvania's account-client privilege statute?

The parties are directed to discuss the accountant-client privilege in the context of both 63 P.S. § 9.11(a) and 63 P.S. § 9.11a.